

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| LEONARDO RAMIREZ, | § | No. 08-19-00097-CR |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 41st District Court |
| | § | |
| THE STATE OF TEXAS, | § | of El Paso, Texas |
| | § | |
| State. | § | (TC# 20170D4632) |
| | § | |

## **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **May 1, 2020**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before May 1, 2020.

IT IS SO ORDERED this 17th day of March, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.